184 F.2d 332
 HAWKEYE CASUALTY COMPANY, a Corporation, Appellant,
v.
Leon POWELL et al.
 No. 14109.
 United States Court of Appeals Eighth Circuit.
 September 14, 1950.
 
 Appeal from the United States District Court for the Western District of Missouri.
 Sprinkle & Knowles, Kansas City, Mo., for appellant.
 Trusty, Pugh & Green and Popham, Thompson, Popham, Mandell & Trusty, all of Kansas City, Mo., for appellees.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on application of counsel for appellant in open Court.